# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

V.

Craig Kolk

**WARRANT FOR ARREST**

Case Number: 15-cr-2932-GPC-8

FILED
DEC 22 2015
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _a cc_ DEPUTY

~~NOT FOR PUBLIC VIEW~~

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest    Craig Kolk
                                          Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of Court  ☐ Violation Notice  ☐ Probation Violation Petition
                                                                                 ☐ Pretrial Violation

charging him or her with (brief description of offense):
18:1955 – Illegal Gambling Business
18:1956(h) – Conspiracy to Launder Monetary Instruments
18:2 – Aiding and Abetting
18:981(a)(1)(A), 981(a)(1)(C), 982(a)(1), 1955(d), 2428(b); 28:2461(c) – Criminal Forfeiture

In violation of Title    See Above    United States Code, Section(s)

John Morrill                          Clerk of the Court
Name of Issuing Officer               Title of Issuing Officer

s/ A. Corsello                        11/20/2015, San Diego, CA.
Signature of Deputy                   Date and Location

DATE: 12/9/15
ARRESTED BY: STEVEN C. STAFFORD
U.S. MARSHAL, S/CA
BY:

Bail fixed at $    No Bail    by    The Honorable Mitchell D. Dembin
                                    Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

#631 Lady Luck

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

**FILED** DEC 22 2015
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _acc_ DEPUTY

UNITED STATES OF AMERICA

V.

Christopher Parsons

### WARRANT FOR ARREST

Case Number: 15-cr-2932-GPC-17

~~NOT FOR PUBLIC VIEW~~

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __Christopher Parsons__
                                                   Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of Court  ☐ Violation Notice  ☐ Probation Violation Petition  ☐ Pretrial Violation

charging him or her with (brief description of offense):
18:1955 – Illegal Gambling Business
18:1956(h) – Conspiracy to Launder Monetary Instruments
18:2 – Aiding and Abetting
18:981(a)(1)(A), 981(a)(1)(C), 982(a)(1), 1955(d), 2428(b); 28:2461(c) – Criminal Forfeiture

In violation of Title __See Above__ United States Code, Section(s) _____

__John Morrill__                              __Steven C. Stafford, Clerk of the Court__
Name of Issuing Officer                        Title of Issuing Officer

DATE: 12/9/15  ARRESTED BY: [signature] U.S. MARSHAL, SD/CA  BY: [signature]

__s/ A. Corsello__                             __11/20/2015, San Diego, CA.__
Signature of Deputy                            Date and Location

Bail fixed at $ __No Bail__    by    __The Honorable Mitchell D. Dembin__
                                      Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| | | |
| DATE OF ARREST | | |

#631 "Lady Luck"