Hamilton E. Arendsen (SBN: 212844)
ARENDSEN CANE LLP
1350 Columbia Street, Suite 600
San Diego, California 92101
Tel: (619) 258-2600
Fax: (619)652-9964
harendsen@arendsencane.com

Randy M. Grossman (SBN: 174789)
LAW OFFICES OF RANDY M. GROSSMAN, APLC
5675 Ruffin Road, Suite 350
San Diego, California 92123
Tel: (858) 707-9800
Fax: (858) 707-9889
grossman@lawrmg.com

Attorneys for Defendant
CRAIG KOLK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CRAIG KOLK (8),<br><br>Defendant. | Case No. 15CR2932-H<br><br>**ACKNOWLEDGEMENT OF NEXT COURT DATE** |

I, CRAIG KOLK, defendant in the above-captioned matter, hereby acknowledge that the motion hearing in my case currently set for January 29, 2016 at 10:30 a.m. will be continued to April 18, 2016 at 2:00 p.m. I agree to appear on that date and time.

Dated: 1/20/16

_____
CRAIG KOLK
Defendant

1