LAURA E. DUFFY
United States Attorney
JOSHUA C. MELLOR
Assistant United States Attorney
California State Bar No. 255870
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 546-9733

Attorney for Plaintiff
United States of America

**FILED**

MAR 2 2 2016

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 15CR2932-H |
| Plaintiff, | DEFENDANT'S STIPULATION REGARDING THE DISCLOSURE AND USE OF WIRETAP LINE SHEETS AND WIRETAP TRANSCRIPTS |
| v. | |
| CRAIG KOLK (8); | |
| Defendant. | |

It is the position of the United States that line sheets and draft wiretap transcripts are not final reports or documents and are not discoverable items under Rule 16 of the Federal Rules of Criminal Procedure or the Jencks Act. However, the United States is willing under the conditions set out in this stipulation to provide these materials to the defense in order to aid the defendant in reviewing wiretap evidence obtained during this investigation. In exchange for the United States' agreement to produce the wiretap line sheets and draft wiretap transcripts in discovery, the defendant hereby stipulates and agree:

(1)     that the "line sheets" and "draft transcripts" will only be used to assist counsel in preparing for trial and related proceedings and will not be used for any other purpose;

1    (2)    that, among these limitations, the "line sheets" and "draft transcripts" will
2  not be used:

3              (a) in connection with any motion challenging the wiretaps;
4              (b) to examine or cross examine any witness;
5              (c) to impeach the credibility of any witness;
6              (d) to refresh the recollection of any witness; and/or
7              (e) as trial exhibits;

8    (3)    that the "line sheets" and "draft transcripts," and/or their contents, cannot be
9  copied, distributed, or otherwise communicated to anyone who has not signed this
10 stipulation other than those who work directly under the supervision of counsel, who
11 have signed the stipulation;

12   (4)    that the "line sheets" and "draft transcripts," are the property of the United
13 States Attorney and must be returned to the United States upon demand, completion of
14 the case, or upon the termination of counsel's representation in connection with the
15 above-captioned case.

16

17 SO STIPULATED AND AGREED.

18
19 DATE: _3/8/16_

      JOSHUA C. MELLOR
20    Assistant United States Attorney

21 DATE: _December 21, 2015_

22    PETER TILL,
      Attorney for Defendant for Craig KOLK

23

24

25

26                                                        15CR2932-H
27

28                                    2

1       (2)    that, among these limitations, the "line sheets" and "draft transcripts" will

2  not be used:

3            (a) in connection with any motion challenging the wiretaps;

4            (b) to examine or cross examine any witness;

5            (c) to impeach the credibility of any witness;

6            (d) to refresh the recollection of any witness; and/or

7            (e) as trial exhibits;

8       (3)    that the "line sheets" and "draft transcripts," and/or their contents, cannot be

9  copied, distributed, or otherwise communicated to anyone who has not signed this

10  stipulation other than those who work directly under the supervision of counsel, who

11  have signed the stipulation;

12       (4)    that the "line sheets" and "draft transcripts," are the property of the United

13  States Attorney and must be returned to the United States upon demand, completion of

14  the case, or upon the termination of counsel's representation in connection with the

15  above-captioned case.

16

17  SO STIPULATED AND AGREED.

18      DATE:  _3/8/16_

19

20                              JOSHUA C. MELLOR

                                  Assistant United States Attorney

21      DATE:  _1/19/16_

22                              RANDY M. GROSSMAN

                                Attorney for Defendant for Craig KOLK

23

24

25

26

27

28

15CR2932-H

2A