1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

                Plaintiff,

       v.

CRAIG KOLK (8),

                Defendant.

Criminal Case No. 15CR2932-H

ORDER ACCEPTING PLEA

    No objections having been filed, **IT IS ORDERED** that the Findings and Recommendation of the Magistrate Judge are adopted and this Court accepts Defendant's PLEA OF GUILTY to Count 1 of the Indictment.

DATED: July 1, 2016

                               _____
                               MARILYN L. HUFF, District Judge
                               UNITED STATES DISTRICT COURT